Richard S. **BERRY; Jean D. Berry;**
**Rose Quintero, Plaintiffs–**
**Appellants,**

and

Robert R. **Pilkington; Denise**
L. **Pilkington, Plaintiffs,**

v.

Linda **GRAU; Board of Legal Docu-**
**ment Preparers of the Arizona Su-**
**preme Court; Roland J. Steinle;**
**Virlynn Tinell Roger E. Hartley;**
**Margaret J. Kleinman; J. Ward**
**Sturm; Mary Ann Carlton; Susan C.**
**Vasquez; Vellia M. Pina; Carol L.**
**Wells; Donald F. Steward; Nancy**
**Swetnam, members of the Board of**
**Legal Document Preparers; Alan**
**Merrill; Fran Johanson; State Bar**
**of Arizona, Defendants–Appellees.**

No. 06–17179.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted July 18, 2008.

Filed July 24, 2008.

Richard S. Berry, Tempe, AZ, pro se.

Jean D. Berry, Tempe, AZ, pro se.

Rose Quintero, Glendale, AZ, pro se.

Michael G. Gaughan, Esq., Office of the
Arizona Attorney General, Leslieann
Haacke, Esq., Jennings, Strous & Salmon,

P.L.C., Phoenix, AZ, for Defendants–Appellees.

Alan Merrill, Mesa, AZ, pro se.

Before: W. FLETCHER and
TALLMAN, Circuit Judges, and
BERTELSMAN,* District Judge.

MEMORANDUM **

Richard S. Berry, Jean D. Berry, and
Rose Quintero appeal the district court's
grant of summary judgment in favor of all
defendants and its denial of Richard Ber-
ry's motion for partial summary judg-
ment.[1] We have jurisdiction to consider
the issues raised on appeal, *see* 28 U.S.C.
§ 1291; *Exxon Mobil Corp. v. Saudi Ba-
sic Indus. Corp.*, 544 U.S. 280, 286, 125
S.Ct. 1517, 161 L.Ed.2d 454 (2005), and we
affirm the judgment of the district court.

First, we affirm the district court's con-
clusion that the definition of practice of
law in Arizona Supreme Court Rule 31 is
not unconstitutionally vague or overbroad.
Rule 31 provides "people of ordinary intel-
ligence a reasonable opportunity to under-
stand what conduct it prohibits" and does
not authorize or encourage "arbitrary [or]
discriminatory enforcement." *See Gospel
Missions of Am. v. City of Los Angeles*,
419 F.3d 1042, 1047 (9th Cir.2005) (internal
quotation marks omitted); *see also Cal.*

---

* The Honorable William O. Bertelsman, Senior
United States District Judge for the Eastern
District of Kentucky, sitting by designation.

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by Ninth Circuit Rule 36–3.

1. Although Robert R. Pilkington and Denise
L. Pilkington signed the Amended Notice of
Appeal filed with the district court, they have

not signed or joined any of the briefs filed
with this court, they did not appear at oral
argument, and they have not otherwise indi-
cated to this court that they intend to appeal
the judgment of the district court. Therefore,
we dismiss the appeal as to Robert and Den-
ise Pilkington. *See* Fed. R.App. P. 3(a)(2),
31(c).

*Pro–Life Council, Inc. v. Randolph*, 507 F.3d 1172, 1189 (9th Cir.2007); *Cal. Teachers Ass'n v. State Bd. of Educ.*, 271 F.3d 1141, 1151 (9th Cir.2001).

Second, we affirm the district court's conclusion that Section 7–208(E)(3)(c)(4) (2003) of the Arizona Code of Judicial Administration is not an unconstitutional bill of attainder as to Richard Berry. We review the 2003 version of the law because Berry argues that it acted as a bill of attainder as to him at that time. The provision reasonably can be said to further nonpunitive legislative purposes. *See SeaRiver Mar. Fin. Holdings, Inc. v. Mineta*, 309 F.3d 662, 674 (9th Cir.2002); Ariz. Code Judic. Admin. § 7–208(C) (2003) (setting forth the purposes of § 7–208).

Third, we affirm the district court's rejection of plaintiffs' equal protection challenge to Section 7–208(E)(3)(d)(7) (2008). Plaintiffs have failed to show that the distinction between disbarred attorneys and people who have never been attorneys is not rationally related to a legitimate governmental purpose. *See Bd. of Tr. of Univ. of Ala. v. Garrett*, 531 U.S. 356, 366–67, 121 S.Ct. 955, 148 L.Ed.2d 866 (2001); Ariz. Code Judic. Admin. § 7–208(C) (2008).

AFFIRMED in part and DISMISSED in part.

---

* The Honorable Valerie Fairbank, United States District Judge for the Central District of California, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.